**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: THIRD PARTY SUBPOENA TO BRENDAN FISCHER } | Misc. Case No.: 1:22-mc-00026 |
| ROY S. MOORE, } Plaintiff, } | |
| versus } | Case No.: 4:19-cv-1855-CLM (N.D. Ala.) |
| SENATE MAJORITY PAC, et al., } Defendants. } | |

**PLAINTIFF ROY S. MOORE'S SURREPLY OF NON-PARTY BRENDAN FISCHER'S EMERGENCY MOTION TO STAY AND QUASH THIRD-PARTY SUBPOENA AND REQUEST FOR EXPEDITED HEARING**

This Surreply is necessitated by a number of misleading if not false statements in Movant Brendan Fischer's Reply, which include by are not limited to the following:

First, as Exhibit 1 shows, service of process was proper under the established practice in the District of Columbia.

Second, discovery is not closed, as Movant Fischer was served before any claimed deadline for discovery.

Third, attached as Exhibit 2 is a court order from the underlying Northern District Court of Alabama, which reflects that discovery is continuing until March 25, 2022 and, in fact, the deposition of Movant Fischer was one of the witnesses whom the Court was advised would be deposed and whose deposition was approved.

Fourth and finally, it appears to Plaintiff Moore that Movant Fischer is frightened of retaliation by the Defendants after having filed a complaint against the Defendants Senate Majority

PAC and its joint tortfeasor Waterfront Strategies before the Federal Election Commission for fundraising violations, which could rise to a crime.

**WHEREFORE**, Plaintiff Moore respectfully requests that this Court set a hearing on this matter as early as is practicable prior to March 25, 2022.

Respectfully submitted this the 18th day of March, 2022,

/s/Melissa L. Isaak_____
Melissa L. Isaak
*Admitted Pro Hac Vice*

Of Counsel:

Isaak Law Firm
2815B Zelda Road
Montgomery, AL  36106
T: 334-262-8200
F: 334-819-4072
Melissa@ProtectingMen.com

Stephen L. Sulzer (340943)
Stephen L. Sulzer PLLC
700 12TH Street, N.W., Suite 700
Washington, D.C. 20005
T: (703) 899-2903
F: (202) 558-5101
Email:  ssulzer@sulzerpllc.com

*Attorneys for Plaintiff Roy S. Moore*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2022, I have served a copy of the foregoing affidavit and its attachments upon all parties and/or their counsel of record by electronic service to each person's email address of record, indicated below:

Molly E. Danahy
Adav Noti
Kevin P. Hancock
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005

anoti@campaignlegalcenter.org
khancock@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org

*Attorneys for Movant Brendan Fischer*


Barry A. Ragsdale
DOMINICK FELD HYDE PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
BRagsdale@dfhlaw.com

Marc E Elias
ELIAS LAW GROUP LLP
10 G St NE
Suite 600
Washington, DC 20002
melias@elias.law
William B. Stafford
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
bstafford@elias.law

Meghan Salvati Cole
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
mcole@lightfootlaw.com

*Attorneys for the Defendants*

Larry Klayman
Klayman Law Group, P.A.
7050 W. Palmetto Park Rd.
Boca Raton, FL  33433
leklayman@gmail.com

Stephen L. Sulzer
700 12TH Street, N.W., Suite 700
Washington, D.C. 20005
ssulzer@sulzerpllc.com

*Attorneys for Plaintiff Roy S. Moore*

/s/ Melissa Isaak
Melissa Isaak
*Admitted Pro Hac Vice*
P.O. Box 4894
Montgomery, AL 36103
T: (334) 262-8200
F: (334) 819-4072
Melissa@ProtectingMen.com
*Attorney for Plaintiff Roy S. Moore*